UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ingrid E. Sanchez

Case No.: 17-23920
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __10/31/17__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 22 Oakland Avenue<br>Pleasantville, NJ<br>Value $45,154.00 |
|---|---|

| Liens on property: | Newlands Asset Holding Trust<br>$142,373.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 17-23920-JNP
Ingrid E. Sanchez                                                       Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 1                  Date Rcvd: Sep 25, 2017
                              Form ID: pdf905              Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db             Ingrid E. Sanchez,    700 N Franklin Blvd,    Unit 207,    Pleasantville, NJ   08232-1569
cr            +CARISBROOK ASSET HOLDING TRUST,     Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                Suite 100,   Mt. Laurel, NJ 08054-3437
516951134      CARISBROOK ASSET HOLDING TRUST,     KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,
                Suite 206,   Westmont, NJ 08108
516929230      Danny Deaza,    22 Oakland Ave,    Pleasantville, NJ   08232-3258
516929231      Milstead and Associates,    1 E Stow Rd,    Marlton, NJ   08053-3118
516929232      Newlands Asset Holding Trust,    300 Delaware Ave Fl 9,    Wilmington, DE   19801-1607
516929233      Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ   08054-3437
516929234      U.S. Bank Trust National Association,    300 Delaware Ave Fl 9,    Wilmington, DE   19801-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 23:19:49      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2017 23:19:46      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven A. Silnutzer    on behalf of Debtor Ingrid E. Sanchez stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```